UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 99-737-WDK |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING DEFENDANT'S |
| | ) | LETTER REQUEST TO REDUCE |
| v. | ) | RESTITUTION CONTRIBUTION |
| | ) | |
| HOWARD LEASURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For all of the reasons set forth in the government's motion to dismiss, the Court construes defendant's August 26, 2008, letter as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and dismisses it for failure to exhaust his administrative remedies.

Dated:  Oct. 29, 2008

_____
HON. WILLIAM D. KELLER
United States District Judge