UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HOWARD LEASURE,<br><br>    Defendant. | Nos. CR 99-737-WDK<br>     CV 08-5705-WDK<br><br>[Proposed] ORDER DISMISSING DEFENDANT'S SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2255 |

For all of the reasons set forth in the government's motion to dismiss, defendant's Application for Habeas Corpus dated August 28, 2008, is characterized as a motion pursuant to 28 U.S.C. § 2255 and is dismissed, and no certificate of appealability shall issue.

DATED: Nov. 17, 2008

_____
THE HON. WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE